# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159139(56)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ANNE M. WINTHROP,
　　　　　Plaintiff-Appellant,

v

LAURA HINES DECK,
　　　　　Defendant-Appellee.
_____/

SC: 159139
COA: 338773
Oakland CC: 2016-151187-CK

　　　　On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing her answer is GRANTED. The answer will be accepted as timely filed if submitted on or before April 16, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2019



Clerk